UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bjorn and Diane Ahlstrom; Alpart Trading Company; Atlantic Beach Associates; Guss Blass; Rodney Burwell; Peter and Rebecca Carr; Cascoh, Inc.; Roger Cloutier; Ron Craft; Kevin Dann; George Davis; Michael Esboldt; Mark J. Freidson; GAM International Management Limited; GAM Star Fund, Plc; GAM North America Growth Fund; GAMerica, Inc.; Howard Grodnick; Mark L. Haynes; IPI, Inc.; Alexandra Jacobs; Irwin L. Jacobs; Mark Jacobs; Randi Jacobs-Lebowitz; Rose Jacobs; Trisha Jacobs Blake; Lauren Associates; Robert M. Levine; Lori Licht; Daniel T. Lindsay; David A. Mahler; Morriss Point Investment Group, LLC; Grant Oppegaard; Lawrence M. Saliterman; Sands Partnership No.2; and Jeffrey Siegel,

Plaintiffs,

Case No. 02-CV-780 (RHK/SRN)

vs.

Clarent Corporation, a Delaware corporation; William B. Barker; Kevin Chang; Jerry Shaw-Yau Chang; Matthew Chiang; Barry L. Forman; William R. Pape; Arthur I. Rubinfeld; Michael F. Vargo; and Simon Y. Wong,

Defendants.

---

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED** and agreed to by and between plaintiffs and certain defendants in the above-described action, through their respective undersigned attorneys, that the time within which defendants Clarent Corporation, William B. Barker,

MAY 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Barry L. Forman, William R. Pape, Michael F. Vargo, and Simon Y. Wong must answer, move, or otherwise respond to the Summons and Complaint in the above-described action, shall be extended to and including July 1, 2002.

Date: May 17, 2002.

**MASLON EDELMAN BORMAN & BRAND, LLP**

By [signature]

Jerome B. Simon (#10114X)
Geoffrey P. Jarpe (#49761)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Phone: (612) 672-8200

Attorneys for Plaintiffs.

Date: May 17, 2002.

**FAEGRE & BENSON LLP**

By [signature]

Wendy J. Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000

Attorneys for Defendants Clarent Corporation, William B. Barker, Barry L. Forman, William R. Pape, Michael F. Vargo, and Simon Y. Wong.

* * *

**ORDER**

Based upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Date: May 21, 2002.

[signature]
Susan Richard Nelson
United States Magistrate Judge

No further extension of time will be granted

M2:20463915.01