UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bjorn and Diane Ahlstrom; Alpart Trading Company; Atlantic Beach Associates; Guss Blass; Rodney Burwell; Peter and Rebecca Carr; Cascoh, Inc.; Roger Cloutier; Ron Craft; Kevin Dann; George Davis; Michael Esboldt; Mark J. Freidson; GAM International Management Limited; GAM Star Fund, Plc; GAM North America Growth Fund; GAMerica, Inc.; Howard Grodnick; Mark L. Haynes; IPI, Inc.; Alexandra Jacobs; Irwin L. Jacobs; Mark Jacobs; Randi Jacobs-Lebowitz; Rose Jacobs; Trisha Jacobs Blake; Lauren Associates; Robert M. Levine; Lori Licht; Daniel T. Lindsay; David A. Mahler; Morriss Point Investment Group, LLC; Grant Oppegaard; Lawrence M. Saliterman; Sands Partnership No.2; and Jeffrey Siegel,

Plaintiffs,

vs.

Clarent Corporation, a Delaware corporation; William B. Barker; Kevin Chang; Jerry Shaw-Yau Chang; Matthew Chiang; Barry L. Forman; William R. Pape; Arthur I. Rubinfeld; Michael F. Vargo; and Simon Y. Wong,

Defendants.

---

Case No. 02-CV-780 (RHK/SRN)

**STIPULATION AND ORDER ALLOWING AMENDMENT OF COMPLAINT**

WHEREAS, plaintiffs have informed certain defendants that they intend to amend their Complaint dated April 12, 2002 in the above-described action; and

JUN 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, defendants Clarent Corporation, William B. Barker, Barry L. Forman, William R. Pape, Michael F. Vargo, and Simon Y. Wong (collectively, "Clarent Defendants") have been served with the Complaint but have not yet responded to it; and

WHEREAS, plaintiffs have the right to amend their Complaint pursuant to Fed. R. Civ. P. 15(a); and

WHEREAS, the Clarent Defendants will not be prejudiced by allowing plaintiffs to amend their Complaint;

**NOW, THEREFORE**, plaintiffs and the Clarent Defendants, by and through their respective undersigned attorneys, **HEREBY STIPULATE AND AGREE** as follows:

1. Plaintiffs shall serve and file their Amended Complaint on or before July 3, 2002.

2. Defendants Clarent Corporation, William B. Barker, Barry L. Forman, William R. Pape, Michael F. Vargo, and Simon Y. Wong shall answer, move, or otherwise respond to the Amended Complaint on or before July 25, 2002.

Date: June 25 2002.

**MASLON EDELMAN BORMAN & BRAND, LLP**

By [signature]

Jerome B. Simon (#10114X)
Geoffrey P. Jarpe (#49761)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Phone: (612) 672-8200

Attorneys for Plaintiffs.

Date: June 25 2002.

**FAEGRE & BENSON LLP**

By [signature]

Wendy J. Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000

Attorneys for Defendants Clarent Corporation, William B. Barker, Barry L. Forman, William R. Pape, Michael F. Vargo, and Simon Y. Wong.

* * *

**ORDER**

Based upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Date: June 26, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

M2:20463915.02