UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bjorn and Diane Ahlstrom; Alpart Trading Company; Atlantic Beach Associates; Guss Blass; Rodney Burwell; Peter and Rebecca Carr; Cascoh, Inc.; Roger Cloutier; Ron Craft; Kevin Dann; George Davis; Michael Esboldt; Mark J. Freidson; GAM International Managment Limited; GAM Star Fund, Plc; GAM North America Growth Fund; GAMerica, Inc.; Howard Grodnick; Mark L. Haynes; IPI, Inc.; Alexandra Jacobs; Irwin L. Jacobs; Mark Jacobs; Randi Jacobs-Lebowitz; Rose Jacobs; Trisha Jacobs Blake; Lauren Associates; Robert M. Levine; Lori Licht; Daniel T. Lindsay; David A. Mahler; Morriss Point Investment Group, LLC; Grant Oppegaard; Lawrence M. Saliterman; Sands Partnership No. 2; and Jeffrey Siegal,

Plaintiffs,

vs.

Clarent Corporation, a Delaware corporation; William B. Barker; Kevin Chang; Jerry Shaw-Yau Chang; Mathew Chiang; Barry L. Forman; William R. Pape; Arthur I. Rubinfeld; Michael F. Vargo and Simon Y. Wong,

Defendants.

---

Case No. 02-CV-780 (RHK/SRN)

**STIPULATION AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED, by and between certain of the above-identified parties through their undesigned counsel, that defendants William B. Barker, Barry L. Forman, William R. Pape, and Michael F. Vargo ("Certain Defendants") shall have until August 14, 2002 to answer or otherwise respond to the Amended Complaint served July 3, 2002. In the event that Certain Defendants respond by motion to dismiss then the following briefing schedule shall apply:

FILED JUL 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK ______

- Certain Defendants shall move and serve supporting papers on or before August 14, 2002;
- Plaintiffs will respond on or before August 29, 2002; and
- Certain Defendants will reply on or before September 9, 2002.

Date: July 23, 2002

KELLY & BERENS, P.A.

By [signature]

Timothy D. Kelly, Esq. (#54926)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

***Attorney for Defendants Barry L. Forman, William R. Pape and Michael F. Vargo***

Date: July 23, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By [signature]

Geoffrey P. Jarpe, Esq. (#49761)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

***Attorney for Plaintiffs***

Date: July 23, 2002

SHAPIRO PROFESSIONAL ASSOCIATION

By [signature]

Lawrence M. Shapiro, Esq. (#130886)
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716

***Attorney for Defendant William B. Barker***

**ORDER**

Based upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Date: July 24, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge
No further extension will be granted.