**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bjorn and Diane Ahlstrom, et al.,

Plaintiffs,

Civ. No. 02-780 (RHK/SRN)

v.

**ORDER**

Clarent Corporation, a Delaware corporation, et al.,

Defendants.

---

The above-captioned matter is before the Court on the Motion by Defendants Barry I Forman, William R. Pape, and Michael F. Vargo to Extend the Page Limitations of the Reply Brief in support of their Motion to Dismiss. Plaintiffs do not oppose the Motion. Upon all of the files, records, and proceedings herein, **IT IS ORDERED** that

1. Defendants' Motion to Extend the Page Limitations of the Reply Brief is **GRANTED.**

2. Defendants Forman, Pape, and Vargo may extend the page limitation set forth in Local Rule 7.1(c) by up to ten (10) pages in support of their Motion to Dismiss.

3. Plaintiffs' brief in response to the Motion to Dismiss shall not exceed forty-five (45) pages.

Dated: August 16, 2002

RICHARD H. KYLE
United States District Judge

AUG 1 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK