(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-780 RHK/SRN Case Title: Ahlstrom, et al. v. Clarent Corp., et al.

Affidavit of Movant

I, Jennifer L. Frisch ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Zesara C. Chan, an attorney admitted to practice in the ______ District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant ~~Farmer,~~ Pape and Vargo in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 257928 MN Attorney License # | 9/4/02 Date

Affidavit of Proposed Admittee

I, Zesara C. Chan , am currently a member in good standing of the U.S. District Court for Northern District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Zesara C. Chan Type/Print Name | [signature] Signature | August 20, 2002 Date

Attorney License Number: 136302

Law Firm Name & Address: Shartsis. Friese & Ginsburg. LLP
1 Maritime Plaza. 18th Floor
San Francisco. CA 94111

Telephone: 415-421-6500

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

SEP 0 5 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

SEP 0 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______