**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bjorn Ahlstrom
et al

Plaintiffs,

vs. CV 02-780 RHK/SRN

Clarent Corporation
et al

Defendants.

## NOTICE OF HEARING

The Motions to Dismiss and to Transfer are rescheduled to October 29, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

September 10, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed SEP 10 2002
Richard D. Sletten, Clerk

By:____________________