UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BJORN AND DIANE AHLSTROM, et al.,

Plaintiffs,

v.

CLARENT CORPORATION, et al.,

Defendants.

Case No. 02-CV-780 RHK/SRN

**STIPULATION AND ORDER DISMISSING ACTION AGAINST BARRY FORMAN**

The plaintiffs and defendant Barry Forman, by their attorneys of record, stipulate that the above captioned action against Forman shall be dismissed with prejudice and without an award of attorneys fees or costs to either party.

Dated : Dec. 3, 2002

**MASLON EDELMAN BORMAN & BRAND, LLP**

[signature]
Geoffrey P. Jarpe (#49761)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

Attorneys for Plaintiffs

**KELLY & BERENS, P.A.**

[signature]
Timothy D. Kelly (#54926)
Suite 3720
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 349-6171

Attorneys for Defendant Barry Forman

DEC 04 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing stipulation, it is APPROVED AND SO ORDERED.

Dated: 12/4/02

By: ______________________

United States District Court Judge